# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 07-20116-Ma** |
| | ) | |
| **THOMAS DAVIDSON** | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

**Katrina U. Earley, Assistant U.S. Attorney** applies to the Court for a Writ to have

**Thomas Davidson, Bk #06125851, RNI# 228803** now being detained in the **Shelby County Jail**

appear before the Honorable **James H. Allen** on **23rd, May, 2007** at **2:00 p.m.** for **initial appearance**

and for such other appearances as this Court may direct.

Respectfully submitted this **14th** day of **May, 2007**.

> **s/ Katrina U. Earley**
> **Assistant U. S. Attorney**
> **#19367**

---

Upon consideration of the foregoing Application,

**DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN**

**SHERIFF/WARDEN,**

**YOU ARE HEREBY** COMMANDED to have **Thomas Davidson**

appear before the Honorable James H. Allen at the date and time aforementioned.

ENTERED this **14th** day of **May 2007**.

> **s/Diane K. Vescovo**
> **UNITED STATES MAGISTRATE JUDGE**